B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
_____ District Of _____

FILED
CLERK OF COURT
NOV 1 8 2019
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re  Delvin Lloyd Drinkall      )
              Debtor    )  Case No. 19-31858
                       )
Delvin Lloyd Drinkall             )  Chapter 11
             Plaintiff )
                       )  **19-00034 KHT**
       v.                    )
Corry & Associates and Robert J. Corry, Jr.   )  Adv. Proc. No. 19-3072
             Defendant )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on  10/23/19 and amended on 11/6/19  as it appears in the records of this court, and that:
                                     (date)

[X]  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ]  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
            (date)

[ ]  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
   (name of court)                  (date)

[ ]  An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
   (date)

                               Lori A. Vosejpka
                          Clerk of the Bankruptcy Court

11/12/19          By: _[signature]_
Date                      Deputy Clerk

```
                                                          FILED
                                                     CLERK OF COURT

                                                       NOV 18 2019

                                                    U.S. BANKRUPTCY COURT
                                                    DISTRICT OF COLORADO
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Delvin Lloyd Drinkall,

      Debtor.

Bky Case No. 19-31858

Chapter 7

---

Delvin Lloyd Drinkall,

      Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

      Defendants.

Adv. No. 19-03072

---

### JUDGMENT

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Plaintiff's motion for default judgement is granted.

2. Default judgment is entered against the Defendants in the amount of $475,000.00, plus costs and disbursements of $350.00.

Dated: October 23, 2019

                                                    Lori Vosepjka
                                                  United States Bankruptcy Court Clerk

                                                  By:   Kristin Neff
                                                        Deputy Clerk

```
NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/23/2019
Lori Vosepjka, Clerk, by KN
```

```
CERTIFIED COPY – Certified a true copy
____ pages on  11-12-19
Lori Vosepjka, Clerk, United States
Bankruptcy Court, District of Minnesota
(SEAL) By _____ Deputy Clerk
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Delvin Lloyd Drinkall,

    Debtor.

Bky Case No. 19-31858

Chapter 11

---

Delvin Lloyd Drinkall,

    Plaintiff,

v.

Corry & Associates, and
Robert J. Corry, Jr.,

    Defendants.

Adv. No. 19-03072

---

## AMENDED JUDGMENT

---

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Plaintiff's motion for default judgement is granted.

2. Default judgment is entered against the Defendants in the amount of $475,000.00, plus costs and disbursements of $350.00.

Dated: *November 6, 2019*

                                          Lori Vosepjka
                                          United States Bankruptcy Court Clerk

                                          By:   Kristin Neff
                                                Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/06/2019
Lori Vosepjka, Clerk, by KN

CERTIFIED COPY – Certified a true copy
___1___ pages on _11-12-19_
Lori Vosepjka, Clerk, United States
Bankruptcy Court, District of Minnesota
(SEAL) By _____ Deputy Clerk

# ADAMS ♦ RIZZI ♦ SWEEN

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
300 FIRST STREET NW
AUSTIN, MINNESOTA 55912

| | | |
|---|---|---|
| PAUL V. SWEEN<br>STEVEN T. RIZZI, JR.<br>DEAN K. ADAMS<br>ADAM J. HOUCK<br>MORGAN E. CARLSON | *Established 1887*<br><br>TELEPHONE (507) 433-7394 | R.C. ALDERSON (1893-1986)<br>RAYMOND B. ONDOV (1926-2017)<br>*GARY E. LEONARD<br>*OF COUNSEL<br>FAX (507) 433-8890 |

November 14, 2019

94045

United States District Court
District of Colorado
Clerk's Office
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589



Re: In re Delvin Lloyd Drinkall, Debtor
Delvin Lloyd Drinkall, Plaintiff
v. Corry & Associates and Robert J. Corry, Jr.
Case No. 19-31858
Adv. Proc. No. 19-3072

Dear Clerk of the United States District Court:

Please find enclosed with this correspondence the Certification of Judgment for Registration in Another District and certified copy of the Judgment to be registered in the above-captioned matter. I am also enclosing $47.00 representing the filing fee for registering a Judgment in another district.

Please contact me if there are any issues with my request.

Sincerely,

ADAMS, RIZZI & SWEEN, P.A.

By: Adam J. Houck
ahouck@adamsrizzisween.com

AJH:blt
Enclosures